SHANNON R. BOYCE, Bar No. 229041
JUDY M. IRIYE, Bar No. 211360
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308

Attorneys for Defendant
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH YAMBAO, | Case No. 10-cv-00686-JVS |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JAMES V. SELNA |
| v. | **ORDER DISMISSING ACTION** |
| BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 25, | Trial Date: None |
| Defendants. | Complaint Filed: April 27, 2010 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

SHANNON R. BOYCE, Bar No. 229041
JUDY M. IRIYE, Bar No. 211360
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308

Attorneys for Defendant
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH YAMBAO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC.; and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No.  10-cv-00686-JVS<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JAMES V. SELNA<br><br>**ORDER DISMISSING ACTION**<br><br>Trial Date:  None<br><br>Complaint Filed:  April 27, 2010 |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  WHEREAS, Plaintiff Edith Yambao and Defendant Brookdale Senior Living
2  Communities, Inc., (collectively, the "Parties"), by and through their counsel of
3  record, have entered into a Settlement Agreement to resolve the within action.

4  WHEREAS, the Parties stipulated, pursuant to Rule 41(a)(1) of the Federal
5  Rules of Civil Procedure and subject to the Order of this Court, that this action be
6  dismissed in its entirety with prejudice and that the District Court will retain
7  jurisdiction to enforce the Agreement.

8  THEREFORE, good cause appearing, it is hereby ordered that this action be
9  dismissed, with prejudice.

11  DATED: June 24, 2010  _____

12  THE HONORABLE JAMES V. SELNA
    UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308